Obviously, the question appellant seeks to present relative to the overruling of the motion for continuance is not, therefore, before us.

The matters discussed are those presented by appellant's counsel in oral argument. No brief for the appellant presenting other questions is before us.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.

The jury rejected appellant's claim of self-defense and lack of intent to kill, but resolved the issue of malice against the state and assessed the minimum punishment.

The sole exception relates to the closing argument of state's counsel, the contention being that certain testimony was misquoted.

In the light of the evidence adduced and the punishment assessed the argument, if improper, would not call for reversal.

The judgment is affirmed.

## GANT v. STATE.
### No. 26382.

Court of Criminal Appeals of Texas.
April 22, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for assault with intent to murder without malice; the punishment one year in the penitentiary.

Appellant shot his wife with a .22 pistol, one shot striking her in the arm and the other penetrating her intestines.